AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Nathalal PATEL, Dhruv PATEL, Neel PATEL, Urvesh PATEL, Savan PATEL, and Darshan PATEL,<br><br>Defendants. | Case No. 8:22-MJ-202 (GLF) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 28, 2022, in the county of Franklin in the Northern District of New York the defendants violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325 (a)(2) | The defendants, aliens and citizens of India, did unlawfully elude examination and inspection by Immigration officials by entering the United States at a place not authorized for the entrance of immigrants. |

This criminal complaint is based on these facts:

☒    Continued on the attached sheet.

*Complainant's signature*

Border Patrol Agent Intelligence Tyler W Shaver

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:  APRIL 30, 2022

*Judge's signature*

City and State:  Plattsburgh, New York        Hon. Gary L. Favro, U.S. Magistrate Judge

*Printed name and title*

This criminal complaint is based on these facts:

On April 28, 2022, at approximately 6:50 a.m., Akwesasne Mohawk Police Service (AMPS) notified Saint Regis Mohawk Tribal Police Department (SRMTP) of a vessel containing multiple subjects traveling from Canada toward the United States (U.S.). AMPS originally received the information from an off-duty Cornwall City Police Officer, who observed the boat leaving from the Monte Carlo Hotel in Cornwall, Ontario, Canada occupied with six to eight people on board.

SRMTPD responded to the last known location of the vessel and witnessed the vessel sinking in the St. Regis River, located in Hogansburg, New York. The vessel's location was approximately 30 yards from shore and approximately 800 feet from the international boundary between the U.S. and Canada. SRMTPD notified Swanton Sector Communications who dispatched United States Border Patrol (USBP) Agents for assistance. The weather conditions were approximately 32 degrees Fahrenheit with water temperatures reading approximately 40 degrees at the surface.

Agents responded and witnessed seven individuals standing in a vessel with the top of a boat motor visible and approximately 1 inch of the bow above the water surface. One individual, later identified as Brian LAZORE, proceeded to exit the sinking boat and walked to shore. St. Regis Mohawk Fire and Rescue responded with a vessel and recovered the remaining six individuals from the water.

All parties were transported to the Massena Memorial Hospital (MMH) by Hogansburg Akwesasne Rescue Squad to be treated for possible hypothermia and cleared by medical professionals. Once cleared by MMH personnel, the USBP took custody of six Indian nationals identified as, Nathalal PATEL, Dhruv PATEL, Neel PATEL, Urvesh PATEL, Savan PATEL and Darshan PATEL. The subjects and their property were transported back to the Massena Border Patrol Station for further processing and investigation.

At the station, record checks run through Swanton Sector Communications revealed that none of the subjects had any valid entries into the U.S. and they had not been admitted or paroled into the U.S. through a valid Port of Entry (POE).

Neel PATEL was issued Miranda warnings and asked if he would like to speak to agents without a lawyer present. N. PATEL then responded by making an excited utterance stating, "I reached Canada, an agent let me on a boat, on a boat it sunk, we were going to die, police saved us." Agents then asked N. PATEL again if he would have a conversation without a lawyer present, and he declined to speak further.

S. PATEL was issued Miranda warnings and agreed to speak to agents freely without a lawyer present. S. PATEL stated he flew into Canada on April 21, 2022 and stayed briefly with a friend. S. PATEL then stated he decided he wanted to come to the U.S. and boarded a boat. S. PATEL stated he knew this was not a typical manner to enter the U.S. and did not show his passport to any person upon entry.